**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 25-2131**

—————————

LATOSHA A. WARD,

        Plaintiff - Appellant,

    v.

TONY E. WARD, SR.; KELLY HOPE; NATIONSTAR MORTGAGE, LLC, d/b/a Mr. Cooper; USAA; BLACKSTONE MEADOWS HOMEOWNERS ASSOCIATION,

        Defendants - Appellees.

—————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:24-cv-00557-BO-KS)

—————————

Submitted:  April 23, 2026                     Decided:  April 27, 2026

—————————

Before NIEMEYER, THACKER, and HARRIS, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Latosha A. Ward, Appellant Pro Se.  Quintin DeVon Ithiel Byrd, Q BYRD LAW, Raleigh, North Carolina; Nathan J. Taylor, MCGUIREWOODS, LLP, Charlotte, North Carolina; James B. Stephenson, STEPHENSON LAW, LLP, Cary, North Carolina; Luke Andrew Dalton, MCANGUS GOUDELOCK & COURIE, PLLC, Raleigh, North Carolina, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Latosha A. Ward appeals the district court's order granting Defendants' motions to dismiss Ward's civil claims.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Ward v. Ward*, No. 5:24-cv-00557-BO-KS (E.D.N.C. Sep. 3, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Ward has filed several motions in this court, including motions for a stay (ECF Nos. 13, 59), for the appointment of counsel (ECF No. 39), and for contempt (ECF No. 53). Defendant Tony Ward has filed motions for summary disposition and to dismiss the appeal. (ECF Nos. 34-36). We grant Ward's motion to correct (ECF No. 42), deny as moot Ward's motions for stay and Tony Ward's motions for summary disposition and to dismiss the appeal, and we deny all remaining pending motions.